UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| David Laurence Hodges, | Civil File No. 20-CV-00090 (WMW/KMM) |
| Plaintiff, | |
| vs. | |
| State of Minnesota Department of Corrections; Ashlee E. Berts; Derek L. Gunderson; Stacy R. Olson; Jeffrey T. Titus; Cathy Nielsen; James M. Olson, RN; Nanette M. Larson; Centurion of Minnesota, L.L.C., Darryl Quiram, MD, John Doe 1-5 (whose true names are unknown; Jane Roe 1-5 (whose true names are unknown), | **STATEMENT INSTEAD OF REDACTED DOCUMENT** |
| Defendants. | |

State Defendants, in connection with the Declaration of Joseph Weiner in Opposition to Plaintiff's Motion for Preliminary Injunction, filed under seal Exhibit 6. State Defendants submit this Statement Instead of Redacted Documents because Sealed Exhibit 6 is entirely confidential [at Plaintiff's request].

Dated: July 20, 2020

KEITH ELLISON
Attorney General
State of Minnesota


s/ Joseph Weiner
JOSEPH WEINER
Assistant Attorney General
Atty. Reg. No. 0389181

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1431 (Voice)
(651) 282-5832 (Fax)
joseph.weiner@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS MINNESOTA DEPARTMENT OF CORRECTIONS, ASHLEE E. BERTS, DEREK L. GUNDERSON, STACY R. OLSON, JEFFREY T. TITUS, CATHY NIELSEN, JAMES M. OLSON, AND NANETTE M. LARSON

|#4761745-v1