UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David Laurence Hodges, | Case No. 20-cv-0090 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| State of Minnesota Department of Corrections et al., | |
| Defendants. | |

---

This matter is before the Court on the May 28, 2020, Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 48.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 28, 2020 R&R, (Dkt. 48), is **ADOPTED**.

2. The motion to dismiss of Defendants Centurion of Minnesota, L.L.C., and Darryl Quiram, MD, (Dkt. 7), is **DENIED**.

Dated: July 31, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge