UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David Laurence Hodges, | Case No. 20-cv-0090 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| State of Minnesota Department of Corrections et al., | |
| Defendants. | |

---

This matter is before the Court on the October 23, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 100.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 23, 2020 Report and Recommendation, (Dkt. 100), is **ADOPTED**.

2. Plaintiff David Laurence Hodges's motion for a preliminary injunction, (Dkt. 50), is **DENIED**.

Dated: November 23, 2020

s/Wilhelmina M. Wright    v
Wilhelmina M. Wright
United States District Judge