UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| David Laurence Hodges,<br><br>        Plaintiff,<br><br>vs.<br><br>State of Minnesota Department of Corrections; Ashlee E. Berts; Derek L. Gunderson; Stacy R. Olson; Jeffrey T. Titus; Cathy Nielsen; Collin Gau; Gene O. Olson; James M. Olson, RN; Centurion of Minnesota, L.L.C., Darryl Quiram, MD, Michelle E. Taylor; Joseph Mork; John Doe 1-2 (whose true names are unknown; Jane Roe 1-2 (whose true names are unknown),<br><br>        Defendants. | Civil File No. 20-CV-00090 (WMW/KMM)<br><br>**DEFENDANTS MINNESOTA DEPARTMENT OF CORRECTIONS, ASHLEE E. BERTS, DEREK L. GUNDERSON, STACY R. OLSON, JEFFREY T. TITUS, CATHY NIELSEN, JAMES M. OLSON, COLLIN GAU AND GENE O. OLSON MOTION FOR SUMMARY JUDGMENT** |

TO: PLAINTIFF and his attorney, Jordan S. Kushner, Law Office of Jordan S. Kushner, 431 South 7th Street, Suite 2446, Minneapolis, MN 55415

This motion is made pursuant to Fed. R. Civ. P. 56, and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served herewith.

*Signature on Following Page*

Dated: February 15, 2021

KEITH ELLISON
Attorney General
State of Minnesota

*s/ Joseph Weiner*
JOSEPH WEINER
Assistant Attorney General
Atty. Reg. No. 0389181

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1431 (Voice)
(651) 282-5832 (Fax)
joseph.weiner@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS MINNESOTA DEPARTMENT OF CORRECTIONS, ASHLEE E. BERTS, DEREK L. GUNDERSON, STACY R. OLSON, JEFFREY T. TITUS, CATHY NIELSEN, JAMES M. OLSON, COLLIN GAU AND GENE O. OLSON

|#4889950-v1