LAW OFFICE OF
# JORDAN S. KUSHNER

| | |
|---|---|
| TELEPHONE: (612) 288-0545 | 431 SOUTH 7TH STREET, SUITE 2446 |
| FACSIMILE: (612) 288-0546 | MINNEAPOLIS, MINNESOTA 55415 |
| | jskushner@gmail.com |

December 14, 2021

Judge Wihelmina M. Wright
United States District Court Judge
District of Minnesota
**VIA CM/ECF**

Re:   David Laurence Hodges v. State of Minnesota Department of Corrections, et al., Federal Case No. 20-90 (WMW/KMM)

Dear Judge Wright:

On October 13, 2021, Plaintiff David Hodges filed a Notice of Appeal of the Court's adverse judgment against him, accompanied by an Application to Proceed In Forma Pauperis on appeal. The appeal has not been able to proceed for two months because there has been no decision on his IFP application. Given that an IFP application is generally not a complicated matter and a lack of funds should not substantially hinder the pursuit of rights in the court process, Mr. Hodges respectfully requests that his application addressed so that he can pursue his right to appeal. Thank you for your consideration in this matter.

Sincerely,

s/Jordan S. Kushner
Jordan S. Kushner

cc:   Opposing counsel (via CM/ECF)
      Mr. David Hodges